Civil Action No.   5:25-cv-00212-ACC-PRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Carol St. Martin**
was recieved by me on  **4/17/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Roger St. Martin**, a person of suitable age and discretion who resides at **13665 NE 253RD Court, Salt Springs, FL 32134**, on **04/23/2025 at 10:13 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/23/2025

*Server's signature*

**Kenneth Kelley**
*Printed name and title*

**1202 SW 17th Street
Suite 201, #224
Ocala, FL 34471**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS AND COMPLAINT,  to Roger St. Martin who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**



Tracking #: **0166844515**

