Civil Action No.   5:25-cv-00212-ACC-PRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Salt Springs LLC**
was recieved by me on  **4/17/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **mark butler**, who is designated by law to accept service of process on behalf of **Salt Springs LLC** at **Salt Springs Village Llc, 1818 Trimarche Terr, The Villages, FL 32163** on **04/23/2025 at 5:52 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/23/2025

*Server's signature*

**William Hoffman**
*Printed name and title*

**9568 Gray Fox Drive Brooksville Florida 34613
Weeki Wachee, FL 34613**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS AND COMPLAINT, to an individual who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0166947410**