Civil Action No.   **5:25-cv-00212-ACC-PRL**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Roger St. Martin**
was recieved by me on  **4/17/2025:**

[X]   I personally served the summons on the individual at **13665 NE 253RD CRT., SALT SPRINGS,, FL 32134** on **04/23/2025 at 10:14 AM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/23/2025

*Server's signature*

**Kenneth Kelley**
*Printed name and title*

**1202 SW 17th Street
Suite 201, #224
Ocala, FL 34471**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS AND COMPLAINT,  to Roger St. Martin with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact over 65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**



Tracking #: **0166844298**

