IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

GERALD HAMILTON, and
ELIZABETH HAMILTON,

        Plaintiffs,

v.

MEB REAL ESTATE MANAGEMENT, INC.,
SALT SPRINGS VILLAGE LLC,
ROGER ST. MARTIN, and CAROL
ST. MARTIN,

        Defendants.

CASE NO: 5:25 cv 212 ACC PRL

## STIPULATION FOR EXTENSION OF TIME

Defendants MEB Real Estate Management, Inc., Salt Springs Village LLC, Roger St. Martin, and Carol St. Martin pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure move for a twenty-day (20) extension of time to respond to Plaintiff Gerald Hamilton and Elizabeth Hamilton's Complaint [DE 1] filed on March 31, 2025 and Plaintiff's agree to the requested extension.

1. Defendants requested and Plaintiff's agreed to a twenty (20) day extension of time for all Defendants within which to respond to the Complaint making the new deadline to do so June 3, 2025.

2. Counsel for Defendants has conferred with Counsel for Plaintiffs who indicated that they agree to this request.

3. The request is made in good faith and not for the purpose of delay. No party is prejudiced by the requested extension.

1

4.      Defendants respectfully request an Order accepting the Parties' agreement to the twenty (20) day extension of time within which to respond to the Complaint making the new deadline to respond June 3, 2025.

Respectfully submitted on this 14th day of May, 2025.

**LUTZ, BOBO &** *TELFAIR PA*

*/s/ J. Allen Bobo*

J. Allen Bobo, Esq.
Florida Bar No.  0356980
2 North Tamiami Trail, Suite 500
Sarasota, Florida 34236
T:  877/951-1800
F:   941/366-1603
jabobo@lutzbobo.com
ahodgins@lutzbobo.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Pablo Hereter, Esq., Florida Legal Services, P.O. Box 533986, Orlando, Florida 32853; pablo.hereter@floridalegal.org via the Middle District Clerk of the Court CM/ECF e-portal on this 14th day of May, 2025.

*/s/ J. Allen Bobo*

J. Allen Bobo, Esq.