# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

GERALD HAMILTON, and
ELIZABETH HAMILTON,

    Plaintiffs,

CASE NO: 5:25 cv 212 ACC PRL

v.

MEB REAL ESTATE MANAGEMENT, INC.,
SALT SPRINGS VILLAGE LLC,
ROGER ST. MARTIN, and CAROL ST. MARTIN,

    Defendants.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

The instant action was before:

Florida Commission on Human Relations
4075 Esplanade Way, Room 110
Tallahassee, Florida 32399
FCHR No: 202336801
HUD No: 04 23 4035 8

A Notice of Determination was issued on November 8, 2024.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

LUTZ, BOBO & *TELFAIR PA*

/s/ Daniel C. Guarnieri
_____
J. Allen Bobo, Esq.
Florida Bar No:   0356980
J. Matthew Bobo, Esq.
Florida Bar No: 113526
Daniel C. Guarnieri, Esq.
Florida Bar No: 914401
2 North Tamiami Trail, Suite 500
Sarasota, Florida 34236
T:   941-951-1800
F:   941-366-1603
jabobo@lutzbobo.com
mbobo@lutzbobo.com
dguarnieri@lutzbobo.com
ahodgins@lutzbobo.com
bconrad@lutzbobo.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Pablo Hereter, Esq., Florida Legal Services, P.O. Box 533986, Orlando, Florida 32853; pablo.hereter@floridalegal.org via the Middle District Clerk of the Court CM/ECF e-portal on this 18th day of June, 2025.

/s/ Daniel C. Guarnieri
_____
Daniel C. Guarnieri, Esq.