IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

GERALD HAMILTON, and
ELIZABETH HAMILTON,

    Plaintiffs,

CASE NO: 5:25 cv 212 ACC PRL

v.

MEB REAL ESTATE
MANAGEMENT, INC.,
SALT SPRINGS VILLAGE LLC,
ROGER ST. MARTIN, and CAROL
ST. MARTIN,

    Defendants.

## NOTICE OF MEDIATION

Pursuant to the Case Management and Scheduling Order (DN 24), Mediation has been scheduled with George E. Schulz for October 7, 2024 at 11:00 a.m. Location to be determined after the Court's consideration of the Parties' Joint Motion to Appear via Zoom for Mediation.

**LUTZ, BOBO & *TELFAIR PA***

*/s/ J. Allen Bobo*

*J. Allen Bobo, Esq.*
Florida Bar No:   0356980
*J. Matthew Bobo, Esq.*
Florida Bar No: 113526
*Daniel C. Guarnieri, Esq.*
Florida Bar No: 914401
2 North Tamiami Trail, Suite 500
Sarasota, Florida 34236
T:   941-951-1800
jabobo@lutzbobo.com
mbobo@lutzbobo.com
dguarnieri@lutzbobo.com
ahodgins@lutzbobo.com
bconrad@lutzbobo.com
*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Pablo Hereter, Esq., Florida Legal Services, P.O. Box 533986, Orlando, Florida 32853; pablo.hereter@floridalegal.org via the Middle District Clerk of the Court CM/ECF e-portal on this 29th day of August, 2025.

*/s/ J. Allen Bobo*
_____
J. Allen Bobo, Esq.