IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

GERALD HAMILTON, and
ELIZABETH HAMILTON,

      Plaintiffs,

v.

MEB REAL ESTATE
MANAGEMENT, INC.,
SALT SPRINGS VILLAGE LLC,
ROGER ST. MARTIN, and CAROL
ST. MARTIN,

      Defendants.

_____

CASE NO: 5:25 cv 212 ACC PRL

### JOINT MOTION TO APPEAR VIA ZOOM FOR MEDIATION

Counsel for Defendants MEB Real Estate Management, Inc., Salt Springs Village LLC, Roger St. Martin and Carol St. Martin along with counsel for Plaintiffs Gerald Hamilton and Elizabeth Hamilton in accordance with the Court's filing regarding Mediation attendance [DN 22] jointly file this Motion to appear remotely via zoom at the October 7, 2025 Mediation and state as follows:

1. The parties herein coordinated and agreed for Mediation in this matter to take place on October 7, 2025 with Mediator George E. Schultz, Jr.

2. Mr. Schultz's office offered zoom options for the Mediation to take place. All parties, in addition to the Mediator, consent to this request.

3. Counsel for the parties respectfully request the entry of an Order allowing all parties to appear via Zoom for the October 7, 2025 Mediation.

1

WHEREFORE, counsel for MEB Real Estate Management, Inc., Salt Springs Village LLC, Roger St. Martin and Carol St. Martin, along with counsel for Plaintiffs Gerald Hamilton and Elizabeth Hamilton, hereby respectfully request that this Court enter an Order allowing counsel and the parties to appear via zoom for the mediation in this matter,

| **UTZ, BOBO & *TELFAIR PA*** | *FLORIDA LEGAL SERVICES* |
|---|---|
| */s/ J. Allen Bobo* | */s/ Pablo Hereter* |
| J. Allen Bobo, Esq.<br>Florida Bar No. 0356980<br>2 North Tamiami Trail, Suite 500<br>Sarasota, Florida 34236<br>T:  877/951-1800<br>F:  941/366-1603<br>jabobo@lutzbobo.com<br>ahodgins@lutzbobo.com<br>*Attorneys for Defendants* | Pablo Hereter, Esq.<br>Florida Bar No: 1054509<br>P.O. Box 533986<br>Orlando Florida 32853<br>T: 407-801-4253<br>F: 407-505-7327<br>pablo.hereter@floridalegal.org |