IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

GERALD HAMILTON, and
ELIZABETH HAMILTON,

      CASE NO: 5:25 cv 212 ACC PRL

    Plaintiffs,

v.

MEB REAL ESTATE
MANAGEMENT, INC.,
SALT SPRINGS VILLAGE LLC,
ROGER ST. MARTIN, and CAROL
ST. MARTIN,

    Defendants.

_____

## NOTICE OF APPEARANCE

I, Daniel Guarnieri, am admitted to practice in this Court and appear as co-counsel in this matter for Defendants MEB Real Estate Management, Inc., Salt Springs Village LLC, Roger St. Martin and Carol St. Martin. All further notices, copies of pleadings, correspondence, papers, and other materials relevant to this action should be also be directed and served upon the undersigned using the contact information stated below.

1

        **LUTZ, BOBO & *TELFAIR PA***

*/s/ Daniel Guarnieri*
_____
Daniel C. Guarnieri, Esq.
Florida Bar No: 914401
*J. Allen Bobo, Esq.*
 Florida Bar No:   0356980
*J. Matthew Bobo, Esq.*
Florida Bar No: 113526
2 North Tamiami Trail, Suite 500
Sarasota, Florida 34236
T:   941-951-1800
F:   941-366-1603
jabobo@lutzbobo.com
mbobo@lutzbobo.com
dguarnieri@lutzbobo.com
ahodgins@lutzbobo.com
bconrad@lutzbobo.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Pablo Hereter, Esq., Florida Legal Services, P.O. Box 533986, Orlando, Florida 32853; pablo.hereter@floridalegal.org via the Middle District Clerk of the Court CM/ECF e-portal on this 2nd day of September, 2025.

*/s/ Daniel Guarnieri*
_____
 Daniel C. Guarnieri, Esq.

2