**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - OCALA DIVISION**

GERALD HAMILTON, and
ELIZABETH HAMILTON,

      Plaintiffs,

v.

MEB REAL ESTATE
MANAGEMENT, INC.,
SALT SPRINGS, VILLAGE LLC,
ROGER ST. MARTIN, and CAROL
ST. MARTIN,

      Defendants.

_____

CASE NO: 5:25 cv 212 ACC PRL

## JOINT NOTICE OF SETTLEMENT

The parties, pursuant to the Court's Order [DOC 29], hereby stipulate that they have reached a settlement regarding the above-styled action and provide notice that the parties have executed a Settlement Agreement and Mutual General Release. Upon finalizing the settlement funds, counsel for Plaintiffs will file a Notice of Dismissal with Prejudice.

| | |
|---|---|
| **LUTZ, BOBO & TELFAIR PA** | **FLORIDA LEGAL SERVICES** |
| */s/ J. Allen Bobo* | */s/ Pablo Hereter* |
| _____ | _____ |
| J. Allen Bobo, Esq. | Pablo Hereter, Esq. |
| Florida Bar No.  0356980 | Florida Bar No: 1054509 |
| 2 North Tamiami Trail, Suite 500 | P.O. Box 533986 |
| Sarasota, Florida 34236 | Orlando Florida 32853 |
| T:  877/951-1800 | T: 407-801-4253 |
| F:  941/366-1603 | F: 407-505-7327 |
| jabobo@lutzbobo.com | pablo.hereter@floridalegal.org |
| ahodgins@lutzbobo.com | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |